No. 71–5783. PATTERSON *v.* TULSA LOCAL No. 513, MOTION PICTURE OPERATORS OF THE UNITED STATES & CANADA, 405 U. S. 976; and

No. 71–5975. SAVAGE *v.* UNITED STATES ET AL., 405 U. S. 1043. Motions for leave to file petitions for rehearing denied.

MAY 30, 1972

No. 71–1300. DISTRICT COURT OF OKLAHOMA COUNTY, PROBATE DIVISION, ET AL. *v.* WASHINGTON & LEE UNIVERSITY ET AL. Sup. Ct. Okla. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 71–1276. BIKLEN *v.* BOARD OF EDUCATION, CITY SCHOOL DISTRICT, SYRACUSE, ET AL. Affirmed on appeal from D. C. N. D. N. Y. MR. JUSTICE DOUGLAS would note jurisdiction and reverse. *Board of Education* v. *Barnette,* 319 U. S. 624.

No. 71–1289. NON-RESIDENT TAXPAYERS ASSN. ET AL. *v.* PHILADELPHIA ET AL. Affirmed on appeal from D. C. N. J.